No. 95–1064. SERFECZ ET AL. *v.* JEWEL FOOD STORES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1066. SIMONE ET UX. *v.* WORCESTER COUNTY INSTITUTION FOR SAVINGS. C. A. 1st Cir. Certiorari denied.

No. 95–1068. NORFOLK & WESTERN RAILWAY CO. *v.* LUTHER. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 95–1069. HOFFMAN CONTROLS CORP. *v.* BURGESS-SAIA, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1094. BANFIELD, EXECUTRIX OF THE ESTATE OF BANFIELD, DECEASED, ET AL. *v.* TURNER ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1124. BLUE CROSS AND BLUE SHIELD OF VIRGINIA *v.* BAILEY. C. A. 4th Cir. Certiorari denied.

No. 95–1135. OZGA ENTERPRISES, INC. *v.* WISCONSIN DEPARTMENT OF NATURAL RESOURCES ET AL. Ct. App. Wis. Certiorari denied.

No. 95–1142. NORTHRUP ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 95–1158. BROWN ET AL. *v.* HOT, SEXY & SAFER PRODUCTIONS, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–1169. THOMAS & BETTS CORP. ET AL. *v.* PANDUIT CORP. C. A. 7th Cir. Certiorari denied.

No. 95–1172. SANJUAN ET AL. *v.* AMERICAN BOARD OF PSYCHIATRY & NEUROLOGY, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1183. MORRIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.